469 F.2d 1406
 Newton
v.
U. S.***
 No. 72-1557
 United States Court of Appeals, Fifth Circuit
 June 8, 1972
 
 1
 N.D.Ga.
 
 
 
 *
 Local Rule 21 cases: see N. L. R. B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966
 
 
 **
 This pro se case summarily disposed of, pursuant to this Cour t's Local Rule 9(c)(2), appellant having failed to file a brief with in the time fixed by Rule 31, Federal Rules of Appellate Procedure , Kimbrough v. Beto, 5 Cir., 1969, 412 F.2d 981